IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| OWEN JACOB ("JAKE") WIER, §<br>AN INDIVIDUAL WITH A DISABILITY §<br>BY HANNAH WIER AND DANIEL WIER, §<br>HIS PARENTS AND ATTORNEYS IN FACT, §<br>AND ON THEIR OWN BEHALF HANNAH §<br>WIER AND DANIEL WIER, CAROLINE §<br>WIER AND MICHAEL INSELMANN, §<br>§<br>**Plaintiffs,** §<br>§<br>V. §<br>§<br>SPRING BRANCH INDEPENDENT §<br>SCHOOL DISTRICT, TEACHER     §<br>JEANNE BREIDENTHAL, INDIVIDUALLY, §<br>ASSISTANT PRINCIPAL, SHERRY FOLGER, §<br>INDIVIDUALLY, PRINCIPAL ROY MOORE, §<br>INDIVIDUALLY, AND PRINCIPAL §<br>PATRICIA THOMAS, INDIVIDUALLY; §<br>KRISTEN MURPHY, LSSP, INDIVIDUALLY, §<br>AND TEACHER NYDIA MARTIR, §<br>INDIVIDUALLY, SBISD POLICE OFFICER §<br>SHANNON M. OVERTON, SBISD POLICE §<br>OFFICER DAREING; SBISD POLICE §<br>OFFICER JOHN DOE 1 and SBISD POLICE §<br>OFFICER JOHN DOE 2 §<br>§<br>**Defendants.** § | | CAUSE NO. 4:23-CV-2912 |

**PLAINTIFFS' NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all remaining claims asserted by Plaintiffs against Defendants, including Owen Wier's claims against Spring Brance Independent School District are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Respectfully submitted,

 /s/ *Roy T. Atwood*
Roy T. Atwood P.C.
State Bar No. 01428040
**ATWOOD GAMEROS, L.L.P.**
6116 N. Central Expressway, Suite 1400
Dallas, Texas   75206
Telephone:     (214) 559-7399
Telecopier:     (214) 481-5502
royatwood@atwoodgameros.com

Dorene Philpot
TX Bar No. 24055011
Philpot Law Office PLLC
275 Bristol Lane
Livingston TX 77351
voice 281-989-2010
fax 866-324-4995
email: fape4kids@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served upon Defendant's attorney of record via the Court's electronic filing system on the 3rd day of September, 2024.

   */s/ Roy T. Atwood*
Roy T. Atwood, P.C.