Case 4:23-cv-02912   Document 25   Filed on 10/04/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HANNAH WIER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-02912 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Notice of Dismissal. Doc. #24. In accordance with the Notice of Dismissal and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all of Plaintiffs' remaining claims against all Defendants in the above-titled action are DISMISSED WITH PREJUDICE.

It is so ORDERED.

OCT 0 4 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge